UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>        v.<br><br>MIGUEL MONDRAGON-MORALES,<br><br>                        Defendant. | No.  CR20-0016JLR<br><br>ORDER GRANTING UNOPPOSED<br>MOTION FOR SENTENCING<br>HEARING TO BE SET<br>AND CONDUCTED BY<br>TELECONFERENCE |

This Court has considered the defendant's Unopposed Motion for Sentencing Hearing to be Set and Conducted by Video Teleconference.  Because Mr. Mondragon-Morales is in federal custody on a writ from the Washington State Department of Corrections and the time he is currently serving in federal custody awaiting a sentencing hearing will not be credited toward his federal sentence, the Court finds the sentencing hearing cannot be further delayed without serious harm to the interests of justice. Accordingly, it is therefore,

ORDERED that a sentencing hearing in May, 2020 be set by the Court Clerk.

IT IS FURTHER ORDERED that the sentencing hearing take place by teleconference.

DONE this 7th day of May, 2020.

_____
The Honorable James L. Robart
U.S  District Court Judge